## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BK NO. 18-01043 RNO |
| Eric Jasper Davis aka Eric Jasper Davis, Jr. aka Eric J. Davis, Jr. aka Eric Davis aka Eric J. Davis & Meghan M. Davis aka Meghan Marie Davis aka Meghan Davis aka Meghan Adamo<br>Debtors | Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA and index same on the master mailing list.

    Respectfully submitted,

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322