## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BK NO. 18-01043 RNO |
| Eric Jasper Davis aka Eric Jasper Davis, Jr. aka Eric J. Davis, Jr. aka Eric Davis aka Eric J. Davis & Meghan M. Davis aka Meghan Marie Davis aka Meghan Davis aka Meghan Adamo<br>Debtors | Chapter 7 |

## AMENDED ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                               Respectfully submitted,

                                               **/s/ Brian C. Nicholas, Esquire**
                                               Brian C. Nicholas, Esquire
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106
                                               215-627-1322