```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-01043-RNO
Meghan M. Davis                                                     Chapter 7
Eric Jasper Davis
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin              Page 1 of 2            Date Rcvd: Jul 06, 2018
                              Form ID: 318             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db/jdb         +Meghan M. Davis,    Eric Jasper Davis,    264 Clubhouse Drive,    East Stroudsburg, PA 18302-9264
5034902         BANK OF AMERICA,    C/O NORTHSTAR LOCATON SERVICES,    4285 GENESEE ST,    BUFFALO, NY 14225-1943
5034899        +BANK OF AMERICA,    PO BOX 45144,    JACKSONVILLE, FL 32232-5144
5034904        +CHASE MORTGAGE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
5034905        +FED LOAN SERVICING CREDIT,    PO BOX 60610,    HARRISBURG, PA 17106-0610
5034906        +FORENSIC COUNSELING ASSOCIATES,    1385 POCONO BLVD,    MOUNT POCONO, PA 18344-1678
5034907        +LEHIGH VALLEY HOSPITAL - POCONO,    206 EAST BROWN STREET,    EAST STROUDSBURG, PA 18301-3006
5034912         ST LUKES PHYSICIAN GROUP,    C/O PEERLESS CREDIT SERVICES,    PO BOX 518,
                 MIDDLETOWN, PA 17057-0518
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5034900         EDI: BANKAMER.COM Jul 06 2018 22:53:00      BANK OF AMERICA,    PO BOX 982238,
                 EL PASO, TX 79998-2238
5034901         EDI: BANKAMER.COM Jul 06 2018 22:53:00      BANK OF AMERICA,    PO BOX 45224,
                 JACKSONVILLE, FL 32232-5224
5034903         EDI: CAPITALONE.COM Jul 06 2018 22:53:00      CAPITAL ONE,    PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
5034908        +E-mail/Text: bk@lendingclub.com Jul 06 2018 18:52:22      LENDING CLUB CORP,    71 STEVENSON ST,
                 SUITE 300,    SAN FRANCISCO, CA 94105-2985
5034909         E-mail/Text: camanagement@mtb.com Jul 06 2018 18:52:09      M & T BANK,    ATTN CBD TEAM,
                 PO BOX 900,    MILLSBORO, DE 19966
5035365        +EDI: PRA.COM Jul 06 2018 22:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5034910         E-mail/Text: bankruptcyteam@quickenloans.com Jul 06 2018 18:52:20      QUICKEN LOANS INC,
                 20555 VICTOR PKWY,    LIVONIA, MI 48152-7031
5034911        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 06 2018 18:52:20      QUICKEN LOANS INC,
                 ATTN CLIENT RELATIONS,    1050 WOODWARD AVE,    DETROIT, MI 48226-1906
5034913         EDI: RMSC.COM Jul 06 2018 22:53:00      SYNCHRONY BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 965060,
                 ORLANDO, FL 32896-5060
5034914        +EDI: IIC9.COM Jul 06 2018 22:53:00      TMOBILE USA INC,    C/O I C SYSTEM INC,    PO BOX 64378,
                 SAINT PAUL, MN 55164-0378
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5077810         Bank of America, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,    trusteemartin@martin-law.net
              Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino     on behalf of Debtor 2 Eric Jasper Davis
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
```

```
District/off: 0314-5           User: admin                Page 2 of 2              Date Rcvd: Jul 06, 2018
                               Form ID: 318               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Vincent   Rubino    on behalf of Debtor 1 Meghan M. Davis
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                               TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Meghan M. Davis** | Social Security number or ITIN xxx−xx−1717 |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Eric Jasper Davis** | Social Security number or ITIN xxx−xx−0621 |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **5:18−bk−01043−RNO** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Meghan M. Davis
aka Meghan Marie Davis, aka Meghan Davis,
aka Meghan Adamo

Eric Jasper Davis
aka Eric Jasper Davis Jr., aka Eric J. Davis Jr.,
aka Eric J. Davis, aka Eric Davis

**By the court:**

July 6, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**