```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                Case No. 18-01043-RNO
Meghan M. Davis                                                       Chapter 7
Eric Jasper Davis
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Aug 06, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db/jdb         +Meghan M. Davis,    Eric Jasper Davis,    264 Clubhouse Drive,    East Stroudsburg, PA 18302-9264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,    trusteemartin@martin-law.net
              Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Eric Jasper Davis
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 Meghan M. Davis
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE:<br>    MEGHAN M DAVIS<br>    AKA MEGHAN MARIE DAVIS<br>    AKA MEGHAN DAVIS<br>    AKA MEGHAN ADAMO<br><br>    ERIC JASPER DAVIS<br>    AKA ERIC JASPER DAVIS, JR.<br>    AKA ERIC J. DAVIS JR.<br>    AKA ERIC DAVIS<br>    AKA ERIC J. DAVIS<br>           DEBTORS | CHAPTER 7<br><br>CASE NUMBER: 18-01043-RNO<br><br>JUDGE: ROBERT N. OPEL, II |
| QUICKEN LOANS INC.<br>        MOVANT<br>V.<br><br>MEGHAN M DAVIS, ET. AL<br><br>ERIC JASPER DAVIS , ET. AL<br>        DEBTORS<br><br>JOHN J. MARTIN, TRUSTEE<br>        RESPONDENT | |

## ORDER

     AND NOW, upon the motion of Quicken Loans Inc. (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 35 Leslie Rd, Unit L, Bridgeport, CT 06606.

    Dated: August 03, 2018        By the Court,

                                                                     _Robert N. Opel, II_<br>
                                                           Robert N. Opel, II, Chief Bankruptcy Judge (BI)